1
2
3
4
5

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GADDY,<br><br>               Plaintiff,<br><br>   v.<br><br>HERNANDEZ, et al.,<br><br>               Defendants. | ) 1:16-cv-01598—DAD-BAM (PC)<br>)<br>) ORDER DENYING PLAINTIFF'S MOTION<br>) FOR SERVICE OF COMPLAINT AS<br>) PREMATURE<br>)<br>) (ECF No. 9)<br>)<br>)<br>)<br>) |

Plaintiff Michael Gaddy is a state prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Currently before the Court is Plaintiff's motion to effect service on defendants. (ECF No. 9.) Plaintiff states in the motion that this Court granted him leave to proceed in forma pauperis on November 7, 2016, and thus he now seeks for the Court to direct the U.S. Marshal to effect service on defendants.

Plaintiff's motion is premature, and shall be denied without prejudice. The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court will direct service of process only after Plaintiff's complaint has been screened and found to state cognizable claims for relief. If Plaintiff's complaint is found to have stated a cognizable claim against any defendant, a copy of the complaint will be sent to Plaintiff with service documents

1

and instructions on how to proceed. Plaintiff is advised that his complaint will be screened in due course.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion to effect service on defendants (ECF No. 9), is DENIED without prejudice, as premature.

IT IS SO ORDERED.

Dated:   **March 15, 2017**                    /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE