UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GADDY,<br>　　　　　Plaintiff,<br><br>v.<br><br>HERNANDEZ, et al.,<br>　　　　　Defendants. | 1:16-CV-01598 DAD BAM  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT MICHAEL GADDY, CD # J-02095, PLAINTIFF'S WITNESS<br><br>DATE: October 1, 2018<br>TIME:  11:00 a.m. |

　　　MICHAEL GADDY, inmate, CDC #J-02095, a necessary and material witness for the Plaintiff in proceedings in this case on October 1, 2018, is confined at Kern Valley State Prison, P.O. Box 5101, Delano, CA 93216, in the custody of the Warden/Sheriff.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum be issued commanding the custodian to produce the inmate, along with any necessary legal property, in Courtroom #9,  6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on October 1, 2018, at 11:00 a.m.

　　　**ACCORDINGLY, IT IS ORDERED that:**

　　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, including any necessary legal property, to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

　　　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden OR Sheriff of Kern Valley State Prison**

　　　**WE COMMAND** you to produce the inmate named above, along with any necessary legal property, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

　　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **September 14, 2018**　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE