# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GADDY,<br><br>　　　　Plaintiff,<br><br>　　v<br><br>HERNANDEZ, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-01598-DAD-SAB<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS<br><br>THIRTY-DAY DEADLINE |

This action was filed on October 24, 2016. On October 1, 2018, this Court conducted a settlement conference. During the settlement conference, the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. Dispositional documents shall be filed within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated: __**October 1, 2018**__

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1