

FILED
OCT 1 - 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GADDY, | Case No.: 1:16-cv-01598-DAD-BAM (PC) |
| Plaintiff, | |
| v. | ORDER THAT INMATE MICHAEL GADDY IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| HERNANDEZ, et al., | |
| Defendants. | |

Plaintiff Michael Gaddy is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on October 1, 2018. Inmate Michael Gaddy, CDCR #J-02095, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 10/1/2018

UNITED STATES MAGISTRATE JUDGE