# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GADDY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HERNANDEZ, et al.,<br><br>　　　　Defendants. | Case No.: 1:16-cv-01598-DAD-BAM (PC)<br><br>ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL, WITH PREJUDICE<br><br>(Doc. No. 25) |

Plaintiff Michael Gaddy is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 2, 2018, defense counsel filed a stipulation for voluntary dismissal, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. No. 25.) The stipulation is signed and dated by Plaintiff and counsel for Defendants, indicating that the case has been resolved in its entirety.

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear their own litigation costs and attorney's fees. The Clerk of the Court is directed to terminate all pending motions and deadlines, and close this case.

IT IS SO ORDERED.

Dated: **October 3, 2018**　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE